**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 08-20339-CIV-GRAHAM/TORRES

CHANDRA D. WIGGINS,

    Plaintiff,

vs.

EXPERIAN INFORMATION
SERVICES, INC., et al.,

    Defendants.

_____/

## ORDER NOTICE OF COURT PRACTICE UPON NOTICE OF SETTLEMENT AND ORDER CLOSING CASE

**THIS CAUSE** came before the Court upon Plaintiff's Notice of Settlement [D.E. 26] indicating that this matter has been settled with all Defendants.    Based thereon,

**THE PARTIES** are hereby notified that, within ten (10) days of the date of this Order, they must file a Stipulation or Notice of Dismissal, Settlement Agreement, or any other pertinent document necessary to conclude this action.   It is further

**ORDERED AND ADJUDGED** that this action shall be **CLOSED** for administrative purposes, and any pending motions are **DENIED** as moot. It is further

**ORDERED AND ADJUDGED** that the Court retains jurisdiction for sixty (60) days to enforce the terms of any Settlement Agreement.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of May, 2008.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  Magistrate Judge Torres
     Counsel of Record