UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-20339-CIV-GRAHAM/O'SULLIVAN

CHANDRA D. WIGGINS

    Plaintiff,

vs.

EXPERIAN INFORMATION
SOLUTIONS, INC., TRANSUNION,
LLC, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE
## AS TO EXPERIAN INFORMATION SOLUTIONS, INC.

THIS CAUSE is before the Court on the Joint Stipulation for Voluntary Dismissal with Prejudice filed and executed by Plaintiff Chandra D. Wiggins and Defendant Experian Information Solutions, Inc. The Court has considered the Stipulation and is otherwise fully advised in the premises. Accordingly,

IT IS HEREBY ORDERED and ADJUDGED that the claims and causes of action asserted herein by Plaintiff Chandra D. Wiggins against Defendant Experian Information Solutions, Inc., are in all respects dismissed with prejudice, the parties to bear their own fees and costs.

DONE AND ORDERED in Chambers at Miami, Florida, this 6th day of June, 2008.

                                                                       DONALD L. GRAHAM
                                                                       UNITED STATES DISTRICT JUDGE

cc: Counsel of Record